PEOPLE V GONYEA, No. 71989. Reported at 421 Mich 462.

RUPPEL V LESNER, No. 72281. Reported at 421 Mich 559.

LUTTRELL V DEPARTMENT OF CORRECTIONS, No. 70188. Reported at 421 Mich 93.

*Order Entered April 23, 1985:*

HILL V CHRISTENSEN, No. 75880. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decision in *Cook v Bennett,* 94 Mich App 93; 288 NW2d 609 (1979), is considered. In light of the fact that no application for leave to appeal has been filed and the fact that the Court has decided *Ross v Consumers Power Co (On Rehearing),* 420 Mich 567 (1984), the Court declines to take any further action. Court of Appeals No. 74433.

*Rehearings Denied April 23, 1985:*

BAKER V GENERAL MOTORS CORPORATION (AFTER REMAND), COLLIER V GENERAL MOTORS CORPORATION (AFTER REMAND), and SEIDELL V GENERAL MOTORS CORPORATION (AFTER REMAND), Nos. 59861-59863. Reported at 420 Mich 463. Reconsideration denied June 25, 1985.

SNYDER V CHARLOTTE PUBLIC SCHOOL DISTRICT, No. 71152. Reported at 421 Mich 517.

*Rehearings Denied April 30, 1986:*

PEOPLE V MALLORY, PEOPLE V HOWARD, and PEOPLE V LEWIS, Nos. 64270, 65203, and 65206. Reported at 421 Mich 229.